# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3542
LT Case No. 2021-CA-1847

_____

ZAHIDZ, LLC and MIR NAWAZ,

   Appellants,

   v.

ARENA ALAFAYA, LLC,

   Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Michael J. Rudisill, Judge.

Mir Nawaz, Oviedo, pro se.

No Appearance for Appellee.

May 7, 2024

PER CURIAM.

   AFFIRMED.

JAY, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____